# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE MARIA VILLAVICENCIO,<br><br>  Defendant. | Case No. 20-CR-3222 GPC<br><br>**JUDGMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE** |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the information in the above-entitled action be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  December 17, 2020

Hon. Gonzalo P. Curiel
United States District Judge